UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANELLA SMART,

Plaintiff,

v.

THE PROFESSIONAL GROUP,

Defendant.

______________________________ /

Case No. 25-11833

Hon. F. Kay Behm
United States District Judge

Anthony P. Patti
United States Magistrate Judge

# JUDGMENT

In accordance with the Opinion and Order issued on August 10, 2026, the case is DISMISSED.

SO ORDERED.

Date: August 10, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge