UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANELLA SMART,

Plaintiff,

v.

THE PROFESSIONAL GROUP,

Defendant.
_____________________________/

Case No. 25-11833

F. Kay Behm
United States District Judge

Anthony P. Patti
United States Magistrate Judge

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF No. 129)**

Plaintiff moved to proceed *in forma pauperis* (IFP) on appeal under seal. (ECF No. 129). The court denied that request and ordered Plaintiff to file, by September 25, 2026, an unredacted IFP application for the court's consideration and warned Plaintiff that failure to do so would result in the denial of her application to proceed IFP on appeal. (ECF No. 131, PageID.1711). Plaintiff has failed to file an unredacted IFP application as ordered. Accordingly, her application to proceed IFP on appeal is **DENIED**.

**SO ORDERED**.

Date: October 5, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge